ELLIOT ENOKI
United States Attorney
District of Hawaii

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 0 2001

at __9__ o'clock and ____ min. __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>NICHOLAS JACKSON,<br>fka, Vaughn Dorman Nixon, III,<br><br>    Defendant. | CR. NO. CR01-00231 HG<br><br>INDICTMENT<br>[18 U.S.C. §§ 2261(a)(1),<br> 113(a)(4) and 7(5)] |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about June 10, 2001, in the District of Hawaii and elsewhere, **NICHOLAS JACKSON**, fka, Vaughn Dorman Nixon, III, defendant herein, did travel in interstate commerce with the intent to harass and intimidate an intimate partner, and in the course of such travel did commit and attempt to commit a crime of violence against that intimate partner, identified herein as C.R.Z.

All in violation of Title 18, United States Code, Section 2261(a)(1).

### COUNT 2

The Grand Jury further charges that:

On or about June 10, 2001, in the District of Hawaii and elsewhere, and within the special maritime and territorial jurisdiction of the United States, namely, on board Delta Airline Flight 837, **NICHOLAS JACKSON**, fka, Vaughn Dorman Nixon, III, defendant herein, did willfully assault another, identified herein as C.R.Z., by striking and beating, while said airline was traveling between the States of California and Hawaii.

All in violation of Title 18 United States Code, Sections 113(a)(4) and 7(5).

DATED: _June 20_, ~~1999~~ 2001, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
UNITED STATES ATTORNEY

_____
EDWARD H. KUBO, JR.
ASSISTANT U.S. ATTORNEY

United States v. Nicholas Jackson;
Cr.No. _____;
Indictment

2